*State, Respondent, v. Milam, Petitioner,* No. 74246-4. Petition for review of a decision of the Court of Appeals, No. 28445-6-II, May 28, 2003, 117 Wn. App. 1003. *Denied* February 4, 2004.

State, Respondent, v. White, Petitioner, No. 74236-7. Petition for review of a decision of the Court of Appeals, Nos. 20726-9-III, 21147-9-III, June 2, 2003. *Denied* February 4, 2004.

State, Respondent, v. Oberst, et al., Petitioners, No. 74240-5. Petition for review of a decision of the Court of Appeals, Nos. 28058-2-II, 28168-6-II, July 1, 2003. *Denied* February 4, 2004.

State, Respondent, v. Walker, Petitioner, No. 74255-3. Petition for review of a decision of the Court of Appeals, No. 20641-6-III, June 19, 2003. *Denied* February 4, 2004.

State, Respondent, v. Sceli, Petitioner, No. 74334-7. Petition for review of a decision of the Court of Appeals, No. 28501-1-II, July 14, 2003. *Denied* February 4, 2004.

*State, Respondent, v. Ivie, Petitioner,* No. 74159-0. Petition for review of a decision of the Court of Appeals, No. 27637-2-II, May 6, 2003, 116 Wn. App. 1062. *Denied* February 5, 2004.

*Britannia Holdings Ltd., Respondent, v. Greer, et al., Petitioners,* No. 74164-6. Petition for review of a decision of the Court of Appeals, No. 51047-9-I, March 31, 2003, 116 Wn. App. 1029. *Denied* February 5, 2004.